IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | No. 3:19-cr-00277-JFA |
|---|---|
| v. | WAVIER OF APPEARANCE |
| HERB KIMBLE | |

I, Herb Kimble, defendant in the above-referenced matter am aware there is a hearing on the Consent Motion to Continue Sentencing taking place in my case on August 1, 2024. I hereby waive my right to attend the motion's hearing and authorize my attorney James M. Griffin to participate on my behalf.

_____
Herb Kimble

Respectfully submitted,

By:   s/ James M. Griffin
      James M. Griffin, Fed. ID. No. 1053
      Margaret N. Fox, Fed. ID. No. 10576
      GRIFFIN HUMPHRIES LLC
      4408 Forest Dr., Suite 300 (29206)
      Post Office Box 999 (29202)
      Columbia, South Carolina
      (T) 803.744.0800
      (F) 803.744.0805
      jgriffin@griffinhumphries.com
      mfox@griffinhumphries.com

Attorneys for Herb Kimble

Columbia, South Carolina
July 31, 2024

Page 1 of 2