IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 3:19-277 |
| | ) | |
| v. | ) | |
| | ) | |
| HERB KIMBLE | ) | |
| | ) | |

**ORDER FOR BENCH WARRANT**

The Clerk is hereby directed to issue a bench warrant for HERB KIMBLE, a defendant in the above-named case pursuant to Title 18 U.S.C. §3148, for failure to appear at the status conference set for August 27, 2024 at 11:00 a.m.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

_____
JOSEPH F. ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 27, 2024